No. 5409.—Banco de Yabucoa, apldo., v. Benítez et al.,

apltes.—C. D. Humacao. Noviembre 7, 1930.

(Por la corte, a propuesta del Juez Asociado Señor Aldrey.)

Vista la moción de desestimación, la falta de objeción del apelante y que tratándose de una providencia especial dictada después de sentencia el recurso ha sido interpuesto después de los diez días que concede el No. 3 del artículo 295 del Código de Enjuiciamiento Civil, debemos desestimar y desestimamos la presente apelación.

El Juez Asociado Señor Texidor no intervino.